NO. 07-09-0002-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 11, 2009

_____

DAVID BALLARD, ET AL., APPELLANTS

V.

DENNIS LEE HOLT, ET. AL., APPELLEES

_____

FROM THE 31ST DISTRICT COURT OF WHEELER COUNTY;

NO. 12,012; HONORABLE STEVE EMMERT, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court are two motions to dismiss this purported appeal filed by both Appellants and Appellees in which they maintain that Appellants failed to timely invoke the jurisdiction of this Court. We grant Appellant's motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Appellee's motion is rendered moot.

Having dismissed the appeal at the request of Appellants, no opinion having been rendered, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Patrick A. Pirtle
Justice